IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No.: 5:23-CV-00328-FL

| | |
|---|---|
| JOAN L. MILLIGAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FAYETTEVILLE STATE UNIVERSITY, )<br>)<br>Defendant. )<br>) | **JOINT STIPULATION OF DISMISSAL**<br>**(Fed. R. Civ. P. 41)** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties who have appeared in this litigation, Plaintiff and Defendant Fayetteville State University, hereby stipulate that this action and all claims asserted by the Plaintiff are dismissed *with* prejudice. Each party is responsible for its own costs and attorneys' fees.

Respectfully submitted, this the 14th day of April, 2025.

 /s/ ADRINA G. BASS
ADRINA G. BASS
N.C. Bar No. 39521
Special Deputy Attorney General
NC Department of Justice
PO Box 629
Raleigh, NC 27602
abass@ncdoj.gov
T: 919.716.6920
F: 919.716.6764
*Attorney for Defendant*

 /s/ JOSEPH D. BUDD
JOSEPH D. BUDD
N.C. Bar No. 44263
OSBORN GAMBALE BECKLEY & BUDD, PLLC
1100 Wake Forest Road, Suite 205
Raleigh, North Carolina 27604
joe@counselcarolina.com
T: 919.373.6422
F: 919.578.3733
*Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document has been electronically filed with the Clerk of Court using the CM/ECF system, which system will automatically generate and send a Notice of Electronic Filings to the undersigned filing user and registered users of record in the matter, as follows:

Adrina G. Bass
Special Deputy Attorney General
NC Department of Justice
P.O. Box 629
Raleigh, NC 27602
F: 919-716-6764
abass@ncdoj.gov
*Attorneys for Defendant*

This the 14th day of April, 2025.

BY: /s/ JOSEPH D. BUDD
JOSEPH D. BUDD